| | | | |
|---|---|---|---|
| Com. v. Smith | 322 WDA 2016 Affirmed | 09/12/2016 | CP–04–CR–0000147–2005 CP–04–CR–0000967–2001 CP–04–CR–0001148–2005 CP–04–CR–0001151–2005 (Beaver) |
| In re R.B.; Appeal of G.B. | 324 WDA 2016 Affirmed | 09/12/2016 | No. O.C. 2015–18 (Crawford) |
| Com. v. Curry | 349 WDA 2016 Affirmed | 09/12/2016 | CP–65–CR–0001270–2014 CP–65–CR–0001273–2014 (Westmoreland) |
| Com. v. Alexander | 395 EDA 2015 Affirmed | 09/13/2016 | CP–23–CR–0003299–2012 (Delaware) |
| Com. v. McCloud | 1849 EDA 2015 Affirmed | 09/13/2016 | CP–51–CR–0204541–2005 (Philadelphia) |
| Com. v. Jenrette [13] | 3694 EDA 2015 Affirmed | 09/13/2016 | CP–51–CR–0012552–2008 (Philadelphia) |
| Com. v. Vanderwende | 876 MDA 2015 Affirmed | 09/13/2016 | CP–38–CR–0000002–2013 (Lebanon) |
| Com. v. Downward | 1037 MDA 2015 Affirmed | 09/13/2016 | CP–36–CR–0005279–2008 (Lancaster) |
| R. Martin Companies, Inc. v. Foster [14] | 1357 MDA 2015 Affirmed | 09/13/2016 | 10–6048 (Berks) |
| Com. v. Mosley | 1683 MDA 2015 Affirmed | 09/13/2016 | CP–38–CR–0000268–2010 CP–38–CR–0001276–2009 CP–38–CR–0002025–2009 (Lebanon) |
| Com. v. Nguyen | 1849 MDA 2015 Affirmed | 09/13/2016 | CP–14–CR–0000080–2015 (Centre) |
| Com. v. Gennaro | 1929 MDA 2015 Affirmed | 09/13/2016 | CP–67–CR–0005116–2012 (York) |
| Jacobs Bros. v. Knoll [15] | 1948 MDA 2015 Affirmed | 09/13/2016 | 2014–SU–002283–91 (York) |
| Com. v. Rivera | 2109 MDA 2015 Affirmed | 09/13/2016 | CP–06–CR–0003202–2012 (Berks) |

13. Petition for reargument denied November 16, 2016.
14. Petition for reargument denied November 23, 2016.
15. Petition for reargument denied November 28, 2016.